# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 3:84-cr-168--N (BT)** |
| | § | |
| **BONNIE BURNETTE ERWIN** | § | |
| **Defendant.** | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's motions for compassionate release (ECF Nos. 118, 127) are DENIED.

Signed this 22nd day of June, 2020.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE